Cite as: 595 U. S. \_\_\_\_ (2021) 1
Statement of SOTOMAYOR, J.

# SUPREME COURT OF THE UNITED STATES

GREGORY V. TUCKER *v.* CITY OF SHREVEPORT,
LOUISIANA, ET AL.

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED
STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 21–569. Decided December 6, 2021

The motion of Cato Institute for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

Statement of JUSTICE SOTOMAYOR, respecting the denial of certiorari.

While this case does not meet our traditional criteria for certiorari, I write to note that the Fifth Circuit's reversal of the District Court's detailed order denying qualified immunity appears highly questionable for the reasons set forth by Judge Higginson's thorough dissenting opinion. 998 F. 3d 165, 185–187 (2021).